UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HOPE DUFFY; JACQUELYNN DUVALL,           :
PATRICIA EARLS; MADELINE EASTERLING;     :
KIM ECHOLS; ROBERT EDWARDS; BILLY        :
JOE EDWARDS; CHARLETTE ELBERT;           :
DOROTHY ELDER; EARLINE ELISAR;           :
CAROL ELLIOTT; JANICE ELROD; PATRICIA    :
EVANS; PATRICIA FAZZIO; DEBRA FISH;      :
SHERMAN FISHER; RICHARD FLEMING,         :
JULIA FLESHMAN; GEORGIANA                :
FONTENOT; BETTY FONTENOT,                :
                                         :
        Plaintiffs,                      :   Civil Action
v.                                       :   No. 04-11203-GAO
                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME         :
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :
                                         :
        Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 24, 2004  
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.