UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HOPE DUFFY; JACQUELYNN DUVALL,          :
PATRICIA EARLS; MADELINE EASTERLING;    :
KIM ECHOLS; ROBERT EDWARDS; BILLY       :
JOE EDWARDS; CHARLETTE ELBERT;          :
DOROTHY ELDER; EARLINE ELISAR;          :
CAROL ELLIOTT; JANICE ELROD; PATRICIA   :
EVANS; PATRICIA FAZZIO; DEBRA FISH;      :
SHERMAN FISHER; RICHARD FLEMING,        :
JULIA FLESHMAN; GEORGIANA               :
FONTENOT; BETTY FONTENOT,               :
                                        :
        Plaintiffs,                     :      Civil Action
v.                                      :      No. 04-11203-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
        Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer

Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement:

The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer

Sohn.  The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is

Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn.  No publicly

held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 24, 2004                                 Respectfully submitted,
        Boston, Massachusetts


                                                     /s/Matthew J. Matule
                                                     Matthew J. Matule (BBO #632075)
                                                     SKADDEN, ARPS, SLATE,
Of Counsel:                                            MEAGHER & FLOM LLP
Barbara Wrubel                                       One Beacon Street
Katherine Armstrong                                  Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                       Counsel for Defendant
                                                     Boehringer Ingelheim Pharmaceuticals, Inc.