UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HOPE DUFFY; JACQUELYNN DUVALL, :
PATRICIA EARLS; MADELINE EASTERLING;
KIM ECHOLS; ROBERT EDWARDS; BILLY :
JOE EDWARDS; CHARLETTE ELBERT;
DOROTHY ELDER; EARLINE ELISAR; :
CAROL ELLIOTT; JANICE ELROD; PATRICIA
EVANS; PATRICIA FAZZIO; DEBRA FISH; :
SHERMAN FISHER; RICHARD FLEMING,
JULIA FLESHMAN; GEORGIANA :
FONTENOT; BETTY FONTENOT,
　　　　　　　　　　　　　　　　　　:
　　　Plaintiffs,　　　　　　　　　　: Civil Action
v.　　　　　　　　　　　　　　　　　　 No. 04-11203-GAO
　　　　　　　　　　　　　　　　　　:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC., :
　　　　　　　　　　　　　　　　　　:
　　　Defendants.　　　　　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

　　　Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated:  September 2, 2004<br>         Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |